IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI



IN RE:

George Z. Bai Sr.

Debtor(s)

Case No. 15-41286

Objection/Response ✓
Motion
Other

Objection to claim #2

Objection to amount owed to Bank  The Bank of New York mellon

I object to the figure stated by the Bank---.
I requested for additional proof of the stated amount owed because
there are amounts that I contest and there are amounts in which were paid but that are not noted.
A Qualified Written Request (QWR) was submitted to our last know servicer but
as of today, has not been addressed properly.
This will allow us to discern the line item amounts that they describe.

Also, aside from questioning the validity of the amounts owed, I question the validity
of the perfection of their stated beneficial interest of the deed of trust and note.
They have not proven their assertion of the assignment(s) perfectly, it is clear
there is a break in the transfer and assignment of mortgage.

I pray that the courts will consider this objection based on the above and
lack of evidence from them.

_____
Signature

11-20-2015
_____
Date                                                      Signature

(07/13) pro se

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:  )
)
George Z. Bai Sr.  )
)   Case No.  15-41286
Debtor(s)  )
)

## CERTIFICATE OF SERVICE (GENERIC)
(pro se)

Certificate of Service: I, George Z. Bai Sr. , hereby certify a true
(name of debtor who mailed documents)

and correct copy of the  Objection/Response  was
(title of document served)

served by first class, postage prepaid mail on this  2oth, Nov   day of
(day of month document mailed)

2015  to:
(month/year document mailed)

[✓] affected creditors and parties in interest not receiving electronic notification.
(attach list of names and addresses)

OR

[ ] all creditors and parties in interest not receiving electronic notification.
(attach list of names and addresses)

Date: 11-20-15
(Date signed)

(Signature of debtor who mailed documents)

George Z. Bai
(Printed/Typed name of debtor who mailed documents)

File this Certificate of Service with the Bankruptcy Court by mailing or bringing the document to:

U.S. Bankruptcy Court
400 E. 9th St., Room 1510
Kansas City, MO  64106